BEFORE THE SECOND DIVISION, FEBRUARY 27, 1967

**No. P67/48.**—The Durst Manufacturing Co., Inc., et al. *v.* United States, protests 322461–K, etc. (New York).

**No. P67/49.**—Globe Importing Company *v.* United States, protests 324444–K, etc. (New York).

**No. P67/50.**—Globe Importing Company *v.* United States, protests 58/22050, etc. (New York).

**No. P67/51.**—The Durst Mfg. Co., Inc., et al. *v.* United States, protests 59/30307, etc. (New York).

**No. P67/52.**—Globe Importing Company *v.* United States, protests 61/16211, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of strainers in chief value of brass similar in all material respects to those the subject of *Davies Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 1, 1967

**No. P67/53.**—New York Merchandise Co., Inc. *v.* United States, protest 60/16985 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiff was sustained.

**No. P67/54.**—Mattoon & Co., Inc., and T. G. Cullen Co. et al. *v.* United States, protests 62/18899, etc. (San Francisco).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Von Arx air guns and parts similar in all material respects to the merchandise the subject of *Mattoon & Company, Inc., et al.* v. *United States* (54 Cust. Ct. 282, C.D. 2545), the claim of the plaintiffs was sustained.